NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number: 13644
STEPHANIE IHLER
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336

UNITED STATES DISTRICT COURT
District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Case No. 2:20-cr-00126-APG-VCF-2 |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | PETITION FOR ACTION |
| ) | | ON CONDITIONS OF |
| DEVARIAN HAYNES ) | | PRETRIAL RELEASE |
| Defendant ) | | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Alicia Coughlin, U. S. Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 1st day of October, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

By   /S/                          .
STEPHANIE IHLER
Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. DEVARIAN HAYNES                    Docket No: 2:20-CR-00126-APG-VCF-2

Petition for Action on Conditions of Pretrial Release

      COMES NOW ALICIA COUGHLIN, U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Devarian Haynes. The defendant initially appeared on June 5, 2020, before U.S. Magistrate Judge Brenda Weksler. That hearing was continued to June 8, 2020, and the defendant was ordered released on a personal recognizance bond with the following conditions of release:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall maintain residence at his current and may not move prior to obtaining permission from the Court, Pretrial Services or the supervising officer.
3. The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.
4. The defendant shall avoid all contact directly or indirectly with co-defendant(s) unless it is in the presence of counsel.
5. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons.
6. The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. This includes Marijuana and/or any item containing THC.
7. The defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release.
8. The defendant shall pay all or part of the cost of the testing program based upon his/her ability to pay as Pretrial Services or the supervising officer determines.
9. The defendant shall participate in a program of inpatient or outpatient substance use therapy and counseling if Pretrial Services or the supervising officer considers it advisable.
10. The defendant shall pay all or part of the cost of the substance use treatment program or evaluation based upon his/her ability to pay as determined by Pretrial Services or the supervising officer.
11. The defendant shall participate in mental health treatment as directed by Pretrial Services or the supervising officer.

12. The defendant shall pay all or part of the cost of the medical or psychiatric treatment program or evaluation based upon his/her ability to pay as determined by Pretrial Services or the supervising officer.
13. Report via telephone any instance of COVID-19 symptoms, exposure, and/or quarantine immediately to the supervising officer.
14. Comply with the directives of medical, public health, and government officials with respect to a quarantine and/or stay-at-home order.

**Respectfully presenting petition for action of Court and for cause as follows:**

1. The defendant failed to report for drug testing as directed on June 25, 2020; July 5, 2020; July 16, 2020; July 18, 2020; July 26, 2020; August 1, 2020; August 9, 2020; September 8, 2020; September 17, 2020; and September 28, 2020.

2. The defendant submitted urine samples which tested and confirmed positive by the national lab for the presence of marijuana on June 16, 2020; June 30, 2020; August 18, 2020; September 11, 2020; and September 21, 2020. Confirmation of the positive test submitted on September 27, 2020 is still pending at this time.

3. The defendant reported to drug testing but failed to submit a urine sample on August 16, 2020.

4. The defendant has failed to engage in substance use and mental health treatment as directed by Pretrial Services.

5. The defendant was arrested on August 13, 2020 on a warrant for Contempt of Court as a result of outstanding fines in cases CR004768-19 and CR002482-19 in the City of North Las Vegas Municipal Court. He currently has open warrants in each of these cases because the fines remain outstanding, and the cases are in collections.

**PRAYING THAT THE COURT WILL ORDER THAT A SUMMONS BE ISSUED BASED UPON THE ALLEGATIONS OUTLINED ABOVE. FURTHER, THAT A HEARING BE SET TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

### ORDER OF COURT

Considered and ordered this 1st day of October, 2020 and ordered filed and made a part of the records in the above case.

_____
Honorable Brenda Weksler
U.S. Magistrate Judge

I declare under penalty of perjury that the information herein is true and correct. Executed on this 1st day of October, 2020.

Respectfully Submitted,

EO _Alicia Coughlin_____
Alicia Coughlin
U.S. Pretrial Service Officer
Place: Las Vegas, Nevada