NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
STEPHANIE IHLER
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Stephanie.Ihler@usdoj.gov

Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVARIAN HAYNES,<br><br>Defendant. | Case No. 2:20-cr-00126-APG-VCF<br><br>Stipulation to Continue Pretrial Revocation Proceedings<br>(First Request) |

IT IS HEREBY STIPULATED AND JONTLY AGREED by and between, Nicholas A. Trutanich, United States Attorney, District of Nevada, and Stephanie Ihler, Assistant United States Attorney, counsel for the United States of America, and Christopher Mishler, counsel for defendant Devarian Haynes, that the Hearing on the Petition for Revocation of Pretrial Release currently scheduled on October 26, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The parties request additional time in order to allow Mr. Haynes the opportunity to regain compliance with his conditions of pretrial release by participating in his required substance abuse treatment services and continue with random drug tests.

2. Mr. Haynes is not incarcerated and agrees to the continuance.

DATED this 23rd day of October, 2020.

|  |  |
|---|---|
|  | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Christopher Mishler*<br>By_____<br>CHRISTOPHER MISHLER<br>Counsel for Devarian Haynes | */s/ Stephanie Ihler*<br>By_____<br>STEPHANIE IHLER<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVARIAN HAYNES, and<br><br>Defendant. | Case No. 2:20-cr-00126-APG-VCF<br><br>**ORDER** |

Based on the pending Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Hearing on the Petition for Revocation of Pretrial Release currently scheduled on October 26, 2020 at 1:00 p.m., be vacated and continued to 11/30/2020 at the hour of 2:00 p.m.

DATED this 26th day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE