# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br>DEVARIAN HAYNES,<br>　　　　Defendant. | Case No.: 2:20-cr-00126-APG-VCF<br>**Order**<br>[Docket No. 117] |

Pending before the Court is Defendant's motion to appear by videoconference. Docket No. 117. Defendant asks the Court for the ability to appear by videoconference at his initial appearance on a petition alleging he violated conditions of pretrial release, on September 8, 2021. Defendant submits that he was arrested in Harris County, Texas on an alleged violation of the same conditions being discussed in the hearing on September 8, 2021. Docket 117 at 2. Defendant submits that pursuant to his arrest in Texas, he was released on a pretrial condition of home incarceration at his father's house in Texas. *Id.* Defendant further submits that financial difficulties and family illness make it impossible for him to be appropriately accompanied to Nevada for in-person attendance at this hearing. *Id.* at 3-4.

For good cause shown, the Court **GRANTS** Defendant's motion. Docket No. 117. Mr. Haynes shall appear via video conference for his initial appearance on September 8, 2021 at 2:30 PM. No later than September 7, 2021, counsel must contact Ari Caytuero, the undersigned's Courtroom Administrator, to make the necessary arrangements.

IT IS SO ORDERED.

Dated: September 3, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge