CHRISTOPHER S. MISHLER, ESQ. (14402)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89104
Tel: (702) 816-2200
Email: CMishler@BrownMishler.com
*Attorney for Defendant*
*Devarian Haynes*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVARIAN HAYNES,<br><br>Defendant. | Case No. 2:20-cr-00126-APG-VCF<br><br>Stipulation to Continue Third-Party Custodian Hearing |

IT IS HEREBY STIPULATED AND JONTLY AGREED by and between, Christopher Chiou, Acting United States Attorney, District of Nevada, and Stephanie Ihler, Assistant United States Attorney, counsel for the United States of America, and Christopher Mishler, counsel for defendant Devarian Haynes, that the Hearing on Third-Party Custodian currently scheduled on October 14, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than October 19, 2021.

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant is out of state on the date of the currently scheduled hearing and will be unavailable.

2. Mr. Haynes is not incarcerated and agrees to the continuance.

DATED this 6th day of October, 2021.

|  |  |
|---|---|
|  | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Christopher Mishler*<br>By_____<br>CHRISTOPHER MISHLER<br>Counsel for Devarian Haynes | */s/ Stephanie Ihler*<br>By_____<br>STEPHANIE IHLER<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVARIAN HAYNES, and<br><br>Defendant. | Case No. 2:20-cr-00126-APG-VCF<br><br>**ORDER** |

Based on the pending Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Hearing on Third-Party Custodian currently scheduled on October 14, 2020 at 10:00 a.m., be vacated and continued to 10/20/2021 at the hour of 9 : 30 a.m.

DATED this 8th day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE