# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br>DEVARIAN HAYNES,<br><br>  Defendant. | Case No. 2:20-cr-00126-APG-VCF<br><br>**ORDER**<br><br>[ECF No. 184] |

Defendant Devarian Haynes moves to modify his conditions of release so he can spend Father's Day with his father and son. ECF No. 184.  The United States does not oppose so long as Pretrial Services agrees.  I have confirmed with Pretrial Services Officer Jessie Moorehead that the Pretrial Services Office in Texas, which is supervising Haynes, has no opposition based on the details set forth in the motion.

I THEREFORE ORDER that defendant Haynes' motion **(ECF No. 184) is granted**. Haynes' release conditions are temporarily modified as follows:

Haynes' home incarceration condition is modified for the day of June 19, 2022 (Father's Day).  Haynes may leave his residence by 10:00 a.m. and return by 10:00 p.m. that day.  He will remain at all times in the presence of his father, Godwin Haynes, who will serve as his third-party custodian.  He also may visit that day with other family members, including his son and brother.  Godwin Haynes shall supervise Devarian Haynes during this time to ensure that Devarian follows the other conditions of his release

DATED THIS 3rd day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE