UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br>v.<br>DEVARIAN HAYNES,<br><br>    Defendant | Case No. 2:20-cr-00126-APG-VCF<br><br>**ORDER**<br><br>[ECF No. 191] |

    Defendant Devarian Haynes moves for permission to appear by video at his sentencing hearing. ECF No. 191. The Government does not oppose. *Id.*

    Video appearances for pleas and sentencings are disfavored. However, under Amended Temporary General Order 2020-05 (03/28/22), I may allow a video appearance if I find that the plea or sentencing "cannot be further delayed without serious harm to the interests of justice . . . ." Mr. Haynes is currently under an order of home incarceration in the Southern District of Texas. That order requires that when Mr. Haynes travels to Nevada for a hearing, he must be accompanied by an adult pre-approved by the Pretrial Services Office. It would be a hardship for Mr. Haynes to travel to Nevada for the sentencing hearing, due to the time and expense of travel for him both and a custodian. After being sentenced, Mr. Haynes will request a delayed surrender date, which the Government does not oppose. So Mr. Haynes likely will not be taken into custody at the sentencing hearing and will need to travel back to Texas. Thus, delaying the hearing would not change the circumstances and would seriously harm the interests of justice, as the increased costs and burdens of travel to Nevada for a short sentencing hearing are not justified.

I THEREFORE ORDER that Mr. Haynes' motion **(ECF No. 191) is GRANTED**. Mr. Haynes is allowed to appear via videoconference for his sentencing hearing scheduled for June 22, 2022, at 11:30 am.

DATED THIS 8th day of June, 2022.

_____
Andrew P. Gordon
UNITED STATES DISTRICT JUDGE