CHRISTOPHER S. MISHLER, ESQ. (14402)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89104
Tel: (702) 816-2200
Email: CMishler@BrownMishler.com
*Attorney for Defendant*
*Devarian Haynes*

**UNITED STATES DISTRICT COURT**

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00126-APG-VCF |
| Plaintiff, | |
| v. | Stipulation to Continue Surrender Date |
| DEVARIAN HAYNES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND JONTLY AGREED by and between, Jason Frierson, United States Attorney, District of Nevada, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for the United States of America, and Christopher Mishler, counsel for defendant Devarian Haynes, that the currently scheduled self-surrender date of July 22, 2022, be continued for 30 additional days to August 22, 2022 by Noon. Mr. Haynes has already been designated by BOP to FCI Bastrop for his self-surrender location.

This Stipulation is entered into for the following reasons:

1. Mr. Haynes has had difficulty coordinating with his ex-wife regarding the care and support of his son while he is to be incarcerated. This difficulty is the result of his ex-wife and son residing in another state. Mr. Haynes feels that an additional 30 days will be sufficient time to allow for the resolution of this issue which he prefers

to have resolved prior to his self-surrender.

2. Mr. Haynes realizes now that he was overly optimistic about being able to sufficiently get his affairs in order within thirty days, and now realizes that an additional thirty days will be necessary to allow him to successfully coordinate with family members and the relevant institutions necessary prior to his self-surrender.

3. The government, through AUSA Lisa Cartier-Giroux does not oppose this extension.

DATED this 12th day of July, 2022.

|  |  |
|---|---|
|  | JASON FRIERSON<br>United States Attorney |
| */s/ Christopher Mishler*<br>By_____<br>CHRISTOPHER MISHLER<br>Counsel for Devarian Haynes | */s/ Lisa Cartier-Giroux*<br>By_____<br>LISA CARTIER-GIROUX<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>DEVARIAN HAYNES,<br><br>            Defendant. | Case No. 2:20-cr-00126-APG-VCF<br><br>**ORDER** |

Based on the pending Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Defendant, Devarian Haynes, who is currently ordered to surrender himself to FCI Bastrop, 5830 Knauth Rd, Beumont, TX 77705 on July 22, 2022 by noon, is now ordered to surrender himself to FCI Bastrop on or before August 22, 2022 by noon.

IT IS SO ORDERED.

DATED this __12th__ day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE
ANDREW P. GORDON