# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff<br><br>v.<br><br>Devarian Haynes,<br><br>  Defendant | Case No.: 2:20-cr-0126-APG-VCF-2<br><br>**Order Quashing Summons**<br><br>[ECF No. 237] |

Based on the Government's Petition to Transfer Jurisdiction of Supervision (ECF No. 238), and this Court's Order granting the Transfer of Jurisdiction (ECF No. 240), the summons previously entered (ECF No. 237) is quashed. The Petition (ECF No. 235) will be addressed by the District of Texas.

DATED: May 13, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE