# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

**Nathan Ochsner, Clerk**
Clerk of Court

**HOUSTON DIVISION**
United States Courthouse
515 Rusk Street, Room 5300
Houston, TX 77002

To: Nevada District Court – Las Vegas Division
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, 1st Floor
Las Vegas, NV 891017065

RE: Transfer of Criminal Action No. 4:25-cr-00285, USA v. Devarian Haynes
Your case no: 2:20-cr-00126-2

Dear Clerk:

Enclosed is a certified copy of the order transferring jurisdiction to our court. We have opened a case in our district with the above referenced number. It is not necessary to send copies of the indictment, judgment, and docket sheet as we have already obtained copies of these documents from PACER. Please forward any transfer documents that are not accessible through PACER.

Nathan Ochsner, Clerk

Date: June 2, 2025

By: Antonio B. Banda
Deputy Clerk



FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD
JUN 05 2025
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

822
(12/2016)

| TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran. Court): 2:20CR00126-002 |
|---|---|
| | DOCKET NUMBER (Rec. Court): **4:25-cr-00285** |

| NAME AND ADDRESS OF SUPERVISED PERSON: **Haynes, Devarian** | DISTRICT: Nevada | DIVISION: Las Vegas |
|---|---|---|
| | NAME OF SENTENCING JUDGE: Andrew P. Gordon | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | From: 07/12/2024 | To: 07/11/2027 |

OFFENSE:

Civil Disorder; in violation of 18 U.S.C § 231(a)(3)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision):

Violations of supervised release

TRUE COPY I CERTIFY
ATTEST: June 02, 2025
NATHAN OCHSNER, Clerk of Court
By: s/ Antonio B. Banda
                              Deputy Clerk

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the District of Nevada, Las Vegas Division:

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 12, 2025
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the Southern District of Texas, Houston Division:

IT IS HEREBY ORDERED that, jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

29 May 2025
Effective Date

United States District Judge